

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   Mar 18 2021

CAROL L. MICHEL
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BANK OF AMERICA, N.A.** | **CIVIL ACTION NO.** |
| **VERSUS** | **SECTION**  21-CV-559 G(3) |
| **M/V MARINE PRINCESS, her engines, tackle, appurtenances, etc.,** *in rem,* **and SUNSET SHIPPING LTD.,** *in personam* | **JUDGE** <br> **MAGISTRATE** |

## VERIFIED COMPLAINT

Plaintiff Bank of America, N.A. ("BOA") files this Verified Complaint against the motor vessel MARINE PRINCESS (IMO 9621041), her engines, tackle, apparel, etc. *in rem*, and Sunset Shipping Ltd. ("Sunset Shipping") *in personam*, and stating an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure. BOA respectfully represents the following upon information and belief.

### JURISDICTION

1. This is an admiralty and maritime claim within the jurisdiction of the United States and this Honorable Court pursuant to 28 U.S.C. §1333 and within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure. This is an action to enforce a lien *in rem* against the M/V MARINE PRINCESS (the "Vessel"), an ocean-going vessel, to arrest the property of Sunset Shipping pursuant to a preferred ship mortgage, and for judgment against Sunset Shipping *in personam* under the mortgage held by BOA. The Vessel is currently, or soon will be, within this District.

X Fee  $402.00 LAE066730
___ Process_____
___ Dktd_____
___ CtRmDep_____
___ Doc. No_____

2. This claim is brought pursuant to and in accordance with the provisions of The Commercial Instruments and Maritime Liens Act, 46 U.S.C. § 31301, et seq., and under Supplemental Rule C of the Federal Rules of Civil Procedure.

## IDENTITY OF PARTIES

3. At all material times, Plaintiff BOA is and was a company organized under the laws of the United States, with a registered office at 100 North Tryon Street, Charlotte, NC 28255.

4. At all material times, Defendant Sunset Shipping is and was a Marshall Islands company with a registered office at Trust Company Complex, Ajeltake Road, Ajeltake Island, Majuro, Marshall Islands MH96960.

5. M/V MARINE PRINCESS is a Marshall Islands flagged bulk carrier of approximately 172.95 meters in length and 30 meters in breadth, with gross tonnage of 23,452 tons, and IMO Number 9621041. At all relevant times, the Vessel has been engaged in international commerce and owned by Sunset Shipping.

## BACKGROUND

6. Pursuant to a Loan Agreement dated 15 April 2014 (the "Loan Agreement") between Crédit Agricole Corporate and Investment Bank ("Crédit Agricole") as Lender and Sunset Shipping and Dawn Shipping Ltd. as Borrowers, Crédit Agricole made available to Borrowers a secured loan facility in the amount of $27,700,000 (the "Loan") to be divided into two tranches of $13,850,000 each, for the purpose of permitting Borrowers to refinance their indebtedness in respect of the M/V MARINE PRINCESS and its sister vessel the M/V MARINE PRINCE. Borrowers' liability under the Loan Agreement for the indebtedness is joint and

several, making Sunset Shipping liable for the entire amount owed under the Loan Agreement. A copy of the original Loan Agreement is attached as Exhibit 1.

7.  As security for its joint and several obligations under the Loan Agreement, Sunset Shipping made certain covenants in a First Preferred Marshall Islands Mortgage entered into between Crédit Agricole and Sunset Shipping dated 12 March 2014 (the "First Preferred Mortgage"), as security for the indebtedness Sunset Shipping assumed under the Loan Agreement. A copy of the First Preferred Mortgage is attached as Exhibit 2.

8.  On 4 March 2021, Crédit Agricole assigned the First Preferred Mortgage to BOA. The Assignment and Acceptance of First Preferred Mortgage is attached as Exhibit 3.

9.  Also on 4 March 2021, Crédit Agricole assigned all its rights and obligations arising from the Loan Agreement to BOA. That Assignment Agreement is attached as Exhibit 4.

10. Also on March 4, 2021, the Office of the Maritime Administrator of the Republic of the Marshall Islands issued a Certificate of Ownership and Encumbrance showing that the First Preferred Mortgage and the Assignment and Acceptance of First Preferred Mortgage had been duly registered with that office. A copy of the Certificate of Ownership and Encumbrance is attached as Exhibit 5.

11. Plaintiff BOA is therefore entitled to proceed as Mortgagee under the Loan Agreement and First Preferred Mortgage.

12. Sunset Shipping's material breaches of the Loan Agreement and First Preferred Mortgage include, but are not limited to, Sunset Shipping's failure to make the following repayments of principal as required by Clause 6.1 of the Loan Agreement:[1]

---

[1] Although only Tranche B was in respect of the M/V MARINE PRINCESS, Sunset Shipping is jointly and severally liable for all payments due under the Loan Agreement. *See* Clause 2.1 of the Loan Agreement, Exhibit 1. For each scheduled repayment in respect of Tranche B that was missed, an identical repayment in respect of Tranche A was missed.

| Payment Type | Due Date | Amount |
|---|---|---|
| Payment of Working Capital Facility | 2 June 2018 | $1,975,000 |
| Tranche A Repayment | 9 August 2018 | $225,000 |
| Tranche B Repayment | 9 August 2018 | $225,000 |
| Tranche A Repayment | 9 November 2018 | $225,000 |
| Tranche B Repayment | 9 November 2018 | $225,000 |
| Tranche A Repayment | 11 February 2018 | $225,000 |
| Tranche B Repayment | 11 February 2018 | $225,000 |
| Tranche A Repayment | 9 May 2019 | $225,000 |
| Tranche B Repayment | 9 May 2019 | $225,000 |
| Tranche A Repayment | 9 August 2019 | $225,000 |
| Tranche B Repayment | 9 August 2019 | $225,000 |
| Tranche A Repayment | 12 November 2019 | $225,000 |
| Tranche B Repayment | 12 November 2019 | $225,000 |
| Tranche A Repayment | 10 February 2020 | $225,000 |
| Tranche B Repayment | 10 February 2020 | $225,000 |
| Tranche A Repayment | 11 May 2020 | $225,000 |
| Tranche B Repayment | 11 May 2020 | $225,000 |
| Tranche A Repayment | 10 August 2020 | $225,000 |
| Tranche B Repayment | 10 August 2020 | $225,000 |
| Tranche A Repayment | 9 November 2020 | $225,000 |
| Tranche B Repayment | 9 November 2020 | $225,000 |
| Tranche A Repayment | 9 February 2021 | $225,000 |
| Tranche B Repayment | 9 February 2021 | $225,000 |

13. On 13 July 2018, 31 October 2018, 25 April 2019, 12 August 2019, 27 November 2019, and 11 March 2021, Plaintiff BOA and its predecessor-in-interest Crédit Agricole sent notices of default and reservations of rights to Borrowers. Copies of these notices of default and reservations of rights are attached *in globo* as Exhibit 6.

14. Despite demand, to date, Sunset Shipping has failed to remedy its material breaches of the Loan Agreement, which constitute Events of Default under the Loan Agreement.

15. Due to Sunset Shipping's failure to make the scheduled repayments in respect of Tranche A, Tranche B, and the Working Capital Facility as detailed above, Sunset Shipping is in

default on $6,925,000 in principal repayments currently due and owing under the Loan Agreement.[2]

16.  Accordingly, BOA is entitled to exercise the rights afforded to it under the Loan Agreement and First Preferred Mortgage, including but not limited to the right to arrest the Vessel and foreclose on the First Preferred Mortgage to recover the amounts due to it.

17.  BOA's claims are maritime claims within the meaning of Federal Rule of Civil Procedure 9(h) and Rule C of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure.

18.  All conditions precedent have been or will be performed.

## FIRST CAUSE OF ACTION

### Foreclosure of Maritime Lien *In Rem*

19.  As a result of Sunset Shipping's above-described failure to make payments as required, Sunset Shipping has breached the terms and conditions of the Loan Agreement.

20.  Accordingly, Defendant Sunset Shipping is liable under the Loan Agreement.

21.  BOA has duly performed all of its obligations under the terms of the Loan Agreement.

22.  BOA has incurred and will incur other and further costs, including attorneys' fees, in exercising its rights under the Loan Agreement, which are recoverable in accordance with the terms of the Loan Agreement. The Loan Agreement and First Preferred Mortgage, together with Defendant's liability for breach of the Loan Agreement, give rise to a maritime lien on the Vessel in the amount of $6,925,000 in principal and $950,280 in interest as of March 11, 2021, plus applicable default interest and costs and expenses of enforcement.

---

[2] BOA reserves all rights under the Loan Agreement, including but not limited to the right to cancel the loan under the terms of the Loan Agreement and accelerate repayment of all indebtedness.

23.     BOA is entitled to judgment *in rem* against the Vessel, and the immediate arrest thereof under Supplemental Rule C of the Federal Rules of Civil Procedure, to satisfy the above-described maritime lien.

24.     BOA agrees to hold harmless and indemnify the U.S. Marshal and all his deputies from any liability as a result of seizing the Vessel.

## SECOND CAUSE OF ACTION

### Breach of Foreign Preferred Ship Mortgage

25.     As a result of its above-described breaches of the Loan Agreement, Sunset Shipping has breached the terms and conditions of the Mortgage, which is a foreign preferred ship mortgage in accordance with 46 U.S.C. § 31301(6)(B).

26.     By the terms and conditions of the Loan Agreement, Sunset Shipping is indebted to BOA for the sum of at least $6,925,000 in principal and $950,280 in interest as of March 11, 2021, plus applicable default interest and costs and expenses of enforcement, with interest currently continuing to accrue.

27.     Plaintiff BOA is entitled to judgment *in personam* against Sunset Shipping in the amount of $6,925,000 in principal and $950,280 in interest as of March 11, 2021, plus applicable default interest and costs and expenses of enforcement.

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff Bank of America, N.A. respectfully requests:

A.  That process of arrest, in due form of law, according to the course and practice of this Honorable Court in causes of Admiralty and Maritime Jurisdiction within the meaning of the Constitution of the United States and Rule 9(h) of the Federal Rules of Civil Procedure, may issue against the Vessel M/V MARINE PRINCESS and her engines, tackle, apparel, etc., and all

other necessaries and equipment belonging and appurtenant thereto, as provided in Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims, and that all persons claiming any interest in the Vessel may be cited to appear and answer the matters aforesaid, and that the Vessel, her engines, tackle, apparel, etc., and all other necessaries belonging and appurtenant thereto, may be seized, condemned, and sold to pay the demands and claims of BOA, with interest, costs, and attorneys' fees, and to pay other amounts required to be paid by Sunset Shipping to BOA under the Loan Agreement, together with interest, costs, and attorneys' fees; and

    B.  That the First Preferred Mortgage executed by Sunset Shipping and subsequently assigned to BOA may be declared to be a valid and subsisting lien upon the Vessel, her engines, tackle, apparel, etc., and all other equipment and necessaries belonging and appurtenant thereto, which is prior and superior to the interest, liens, or claims of any and all persons, firms, or corporations whatsoever; and

    C.  That it may be decreed that any and all persons, firms, and corporations claiming any interest in the Vessel are forever barred and foreclosed from all rights or equities for redemption or claim of, in or to the mortgaged Vessel, her engines, tackle, apparel, etc., and all other necessaries and equipment belonging and appurtenant thereto and every part thereof; and

    D.  That this Honorable Court shall direct the manner in which actual notice of the commencement of this suit shall be given by BOA to Defendant Sunset Shipping or the individual in charge of the Vessel and to any person, firm, or corporation who has recorded a Notice of Claim of any discharged lien upon the Vessel as provided under the Commercial Instruments and Maritime Liens Act, 46 U.S.C. 31301, et seq. as amended; and

E.  That judgment be issued against the Vessel M/V MARINE PRINCESS *in rem* in the full amount then due under the Loan Agreement and the First Preferred Mortgage plus interest, charges, costs, and attorneys' fees, as well as any and all other amounts required to be paid by Sunset Shipping to BOA under the Loan Agreement with interest and costs, and that the Vessel be arrested under Supplemental Rule C of the Federal Rules of Civil Procedure to secure such claim, and further, that BOA reserves the right to proceed against Sunset Shipping, Dawn Shipping, Ltd. and any and all guarantors under the Loan Agreement and First Preferred Mortgage for any deficiency that may remain due after applying the available proceeds of the sale of the mortgaged Vessel to the judgment herein; and

F.  That judgment be issued against Defendant M/V MARINE PRINCESS and Defendant Sunset Shipping, jointly and severally, in the full amount then due under the Loan Agreement and the First Preferred Mortgage, plus interest, together with interest, charges, costs, and attorneys' fees, and any and all other amounts required to be paid under the Loan Agreement and the First Preferred Mortgage; and

G. That BOA have such other and further relief as in law or equity it may be entitled to recover.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY: /s/ *Kevin J. LaVie*
　　Kevin LaVie (#14125)
　　Email: kevin.lavie@phelps.com
　　Magdalini Galitou (#38473)
　　Email: magdalini.galitou@phelps.com
　　Canal Place
　　365 Canal Street • Suite 2000
　　New Orleans, Louisiana 70130-6534
　　Telephone: (504) 566-1311
　　Facsimile: (504) 568-9130
　　-and-
　　Marc G. Matthews (admission pro hac vice to be requested)
　　Texas Bar No. 24055921
　　500 Dallas Street, Suite 1300
　　Houston, Texas 77002
　　Telephone: (713) 626-1386
　　Facsimile: (713) 626-1388
　　**ATTORNEYS FOR PLAINTIFF**
　　**BANK OF AMERICA, N.A.**